Jeffrey Willis, Esq.
Nevada Bar No. 4797
Tanya N. Peters, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone:  (702) 784-5200
Facsimile:  (702) 784-5252
jwillis@swlaw.com
tpeters@swlaw.com

*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEE W. LINKE,<br><br>              Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION,<br>              Defendants. | Case No. 2:16-cv-02026-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO BANK, N.A.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

It is hereby stipulated by and between Plaintiff Dee W. Linke ("Mr. Linke"), through his attorney, Mitchell D. Gliner, and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

In the interest of conserving client and judicial resources, Mr. Linke and Wells Fargo stipulate and agree that Wells Fargo shall have an extension until **October 19, 2016**, in which to file its responsive pleading.  This is the parties' first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party, but is intended so that Wells Fargo can conduct a diligent search and obtain records necessary to prepare its response.

1  DATED this 1st day of September, 2016.

2

| LAW OFFICES OF MITCHELL D. GLINER | SNELL & WILMER L.L.P. |
|---|---|
| By: */s/ Mitchell D. Gliner* <br> Mitchell D. Gliner (NV Bar No. 3419) <br> 3017 W. Charleston Blvd., #95 <br> Las Vegas, NV 89102 <br> *(signed with permission)* <br><br> *Attorneys for Plaintiff Dee W. Linke* | By: */s/ Tanya N. Peters* <br> Jeffrey Willis (NV Bar No. 4797) <br> Tanya N. Peters (NV Bar No. 8855) <br> 3883 Howard Hughes Parkway, Suite 1100 <br> Las Vegas, NV 89169 <br> Telephone:  (702) 784-5200 <br> Facsimile:  (702) 784-5252 <br> *Attorneys for Defendant* <br> *Wells Fargo Bank, N.A.* |

- 2 -

## ORDER

**IT IS ORDERED THAT Wells Fargo Bank, N.A.'s time to respond to Plaintiff's Complaint shall be extended to on or before October 19, 2016.**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED September __6__, 2016.

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Tanya N. Peters*
Tanya N. Peters, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*

- 3 -

# CERTIFICATE OF SERVICE

I hereby declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO BANK, N.A.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** by the method indicated below:

| | | | |
|---|---|---|---|
| _____ | U.S. Mail | _____ | Federal Express |
| _____ | U.S. Certified Mail | __X__ | Electronic Service |
| _____ | Facsimile Transmission | _____ | Hand Delivery |
| _____ | Overnight Mail | | |

and addressed to the following:

Mitchell D. Gliner, Esq.
3017 W. Charleston Blvd., #95
Las Vegas, NV 89102

*Attorneys for Plaintiff*

DATED this 1st day of September, 2016.

*/s/ Debbie Withers*
An Employee of Snell & Wilmer L.L.P.

24771468